IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

BENJAMIN R. LYLES
    Plaintiff
vs.

Case No.: CAL13-14513

FRANK REMALEY, et al
    Defendant

## MEMORANDUM AND ORDER OF COURT

The clerk issued a Notification to Parties of Contemplated Dismissal on August 29, 2012. A hearing has been set for November 8, 2013. Plaintiff has reissued summons and requested a deferral. The court will defer the dismissal and set the matter in for a status hearing and any motions. If counsel gets service and an answer is filed, plaintiff may write Judge Green to take the matter off the docket for the November hearing date. Counsel is reminded that all cases are expected to be completed within 18 months of the day of filing.

THEREFORE, it is this 7th day of November, 2013, by the Circuit Court for Prince George's County, hereby:

ORDERED, that this matter be removed from the docket for November 8, 2013 and placed in for a STATUS HEARING/Motions Hearing on January 17, 2014 before Judge Green at 9:00 a.m.;

ORDERED, that the Contemplated Dismissal is DEFERRED UNTIL January 17, 2014.

_____
Leo E. Green, Jr., Judge
Civil Coordinating Judge

Copies mailed by Court to:

Michael Dobbs, Esq.
110 N. Washington St. Suite 404
Rockville, MD 20850

Benjamin R. Lyles
963 Clopper Rd. Apt. A
Gaithersburg, MD 20878

Frank Remaley
Metro Transit Police
600 5th Street, NW
Washington, DC 20001

Andrew Newlove
Metro Transit Police
600 5th Street, NW
Washington, DC 20001

Noah Daniel Grubic
Metro Transit Police
600 5th Street, NW
Washington, DC 20001

_____
Matthew Cassilly, Law Clerk to the
Honorable Leo E. Green, Jr